IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRADLE IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1254-SLR |
| | ) |
| TEXAS INSTRUMENTS, INC., | ) |
| | ) |
| Defendants. | ) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Texas Instruments Incorporated ("TI") states that (a) TI has no corporate parent and (b) no publicly held corporation owns 10% or more of TI.

/s/ Jason J. Rawnsley
Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
farnan@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant
Texas Instruments, Inc.*

Dated: February 6, 2012